UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUTH MARIE ANDERSON,<br><br>                Plaintiff,<br>   v.<br><br>KING COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>                Defendants. | CASE NO. 3:25-cv-05391-TMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 1) is DENIED. Plaintiff is directed to pay the full filing fee of $405.00 within thirty (30) days of the date on which this Order is signed. If the filing fee is not paid, this case will be dismissed.

(3)     If the filing fee is not timely received, the Clerk is directed to dismiss this action without prejudice. The Clerk is directed to send copies of this Order to Plaintiff and to Judge Leupold.

**DATED** this 7th day of July, 2025.

TIFFANY M. CARTWRIGHT
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1